BUCHALTER NEMER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
OREN BITAN (SBN: 251056)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: mseror@buchalter.com

JS-6

Attorneys for Plaintiff
FASHION LAB, LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHION LAB, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., an Arkansas corporation; BLUEWATER APPAREL GROUP, LLC, a New York limited liability company; BRAND MATTER, LLC, a Delaware limited liability company, and DOES 1-10,<br><br>Defendants. | Case No. CV 11-07599 DDP (PLAx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

Having reviewed the Parties' Stipulation to Dismiss and finding good cause thereon,

IT IS ORDERED that:

1. This action is to be dismissed with prejudice;

2. Each party is to bear its own costs and attorneys' fees.

<u>SO ORDERED</u>.

DATED: October 09, 2012

*/s/ Dean D. Pregerson*

HONORABLE DEAN D. PREGERSON